José González Reyes y Juan Reyes Torres, demandantes y apelantes, *v.* Manuel González Reyes y Ernesto Fernando Schlüter, demandados y apelados.

No. 6595 *

OPINIÓN CONCURRENTE DEL JUEZ ASOCIADO SEÑOR WOLF

Según la ley, una, persona que esté genuinamente en posesión de una finca, especialmente si ha disfrutado de tal posesión por largo tiempo, no puede ser privada de la misma mediante un pleito dirigido contra un tercero. No obstante, cuando un demandante acude a una corte de equidad en solicitud de un auto de *injunction,* debe, en un caso como el presente, demostrar no sólo que está en la posesión material de la finca, sino también que tiene algún derecho de posesión. Una de las cosas que quiero excluir con esto es la posibilidad de que después de haberse librado un mandamiento en un procedimiento de desahucio contra una persona, pueda substituirse con otra que se oponga a la ejecución de dicho auto. Tal posibilidad frecuentemente haría que el procedimiento de desahucio resultara ilusorio. Por ende, los demandantes estaban obligados a probar no sólo que se hallaban en posesión al tiempo de la supuesta ejecución del mandamiento, sino también que tal posesión tenía visos de certeza (*colorable*).

La forma en que José González Reyes y su hermana transmitieron esta finca a Manuel González Reyes fué por escritura notarial. Tal escritura, de ordinario, transfiere simbólicamente la posesión de la finca, y no es necesario tomar posesión material de la misma. *Fuertes* v. *Nogueras,* 32 D.P.R. 284, confirmado en 8 Fed. (2d) 115. De suerte que era tanto más necesario para los demandantes demostrar que después de otorgada esta escritura, mediante algún convenio o entendido se les autorizó a permanecer en la posesión material de la finca. Aun entonces, surgiría la cuestión de si tal po-

---

* Nota: Véase la opinión de la corte en la página 863.

sesión material se disfrutaba en carácter distinto al de meros agentes de Manuel González Reyes.

Si los demandantes no se hallaban en posesión material de la finca, es indudable que ellos no tienen derecho a un auto de *injunction*. Si estaban en posesión tan sólo como agentes de Manuel González Reyes, tampoco tenían defensa alguna en un procedimiento de desahucio.

Todas estas cuestiones no se desprenden claramente de los procedimientos habidos en este caso, mas hay suficientes hechos en el mismo para que fuera el deber de los demandantes, al acudir a una corte de equidad, excluir estas posibilidades.

Por haber creído que la mera alegación de posesión no sería suficiente, me he sentido impelido a escribir esta opinión concurrente.